UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

GARY MILLER, Individually and On Behalf of All Others Similarly Situated,

         Plaintiff,

  v.

MORGAN STANLEY & CO. INCORPORATED,

         Defendant.

Civil Action No.
08-CV-3012 (AKH)

## STIPULATION AND [PROPOSED] ORDER

  IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

  (a) Cadwalader, Wickersham & Taft LLP is authorized to accept on behalf of defendant Morgan Stanley & Co. Incorporated ("Defendant"), and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Defendant's defenses except as to sufficiency of service of process;

  (b) Defendant need not move, answer, or otherwise respond to the complaint filed in this matter until the Court enters an order appointing lead plaintiff and lead plaintiff's counsel and consolidating this case and any related cases. After the Court enters that order, lead counsel will confer with Defendant's counsel regarding the schedule for the filing of a consolidated amended complaint, and for the filing of Defendant's response to that complaint. The parties will then file an additional stipulation and proposed order to be approved by the Court.

USActive 12437872.1

Dated: New York, New York
April 3, 2008

CADWALADER, WICKERSHAM & TAFT LLP

By: /s/ *Ronit Setton*
Gregory A. Markel
Ronit Setton
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Defendant Morgan Stanley & Co. Incorporated*

LEVI & KORSINSKY, LLP

By: _____
Eduard Korsinsky
Joseph E. Levi
Juan E. Monteverde
39 Broadway, Suite 1601
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

and

Steven D. Toskes, Esq.
KLAYMAN & TOSKES, P.A.
2424 North Federal Highway, Suite 450
Boca Raton, FL 33431
Telephone: (561) 997-9956
Facsimile: (561) 361-9212

*Attorneys for Plaintiff*

SO ORDERED: _____
U.S.D.J.
5-19-08

USActive 12437872.1