UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>Defendant. | Civil Action No. 08-cv-3012 |

### MOTION OF THE MILLER GROUP FOR
### (1) APPOINTMENT AS LEAD PLAINTIFF AND
### (2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL

The Miller Group[1], by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the above-captioned securities class actions; and (ii) approve its selection and retention of Levi & Korsinsky as Lead Counsel.

In support of this Motion, the Miller Group submits herewith a Memorandum of Law, the Declaration of Joseph E. Levi with accompanying exhibits, and a Proposed Order.

DATED: May 27, 2008

LEVI & KORSINSKY, LLP

/s/ Joseph E. Levi
By: _____
Eduard Korsinsky (EK 8989)
Joseph E. Levi (JL 0848)
Juan E. Monteverde (JM 8169)
39 Broadway, Suite 1601
New York, NY 10006
Telephone:  212/363-7500
Fax:            212/363-7171

---

[1] The Miller Group is comprised of the following members: Gary Miller, Brian Frank, Gil Halasz, Harold Weinberg, Michael Pepe, Sr. and James Dougherty.

## CERTIFICATE OF SERVICE

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 27, 2008, I served Notice of Motion, Memorandum in Support, Declaration of Joseph E. Levi in support and [proposed] Order on:

**Gregory A. Markel**
**Ronit Setton**
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700

**ATTORNEYS FOR PLAINTIFF**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above and via ECF.

Dated: New York, NY                    /s/ Juan E. Monteverde
       May 27, 2008                    _____
                                                                                    Juan E. Monteverde