UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>Defendant. | Civil Action No. 08-cv-3012 |

**NOTICE OF WITHDRAWAL OF MOTION OF THE MILLER GROUP FOR
(1) APPOINTMENT AS LEAD PLAINTIFF AND
(2) APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that the Miller Group[1] hereby withdraws as a proposed lead plaintiff in this action and any related actions, including but not limited to *Jamail v. Morgan Stanley,* Case No. 08-cv-03178. The Miller Group has learned that a competing lead plaintiff motion has been filed that has a substantial greater financial interest than the Miller Group. Accordingly, the Miller Group believes it is in the best interest of the class to withdraw its motion for lead plaintiff and approval of its selection of lead counsel.

DATED: July 2, 2008         **LEVI & KORSINSKY, LLP**

                            /s/ Joseph E. Levi
                     By:   _____
                            Joseph E. Levi (JL 0848)
                            39 Broadway, Suite 1601
                            New York, NY 10006
                            Telephone:  212/363-7500
                            Fax:         212/363-7171

**CERTIFICATE OF SERVICE**

---

[1] The Miller Group is comprised of the following members: Gary Miller, Brian Frank, Gil Halasz, Harold Weinberg, Michael Pepe, Sr. and James Dougherty.

Juan E. Monteverde, being duly admitted attorney authorized to appear before the US District Court, Southern District of New York, under penalties of perjury, affirms as follows:

1. I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On July 2, 2008 I served the foregoing Motion on:

**Gregory A. Markel**
**Ronit Setton**
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

**ATTORNEYS FOR DEFENDANTS**

**Christopher Adam Seeger**
**David R. Buchanan**
**Stephen A. Weiss**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700

**ATTORNEYS FOR PLAINTIFF**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above and via ECF.

Dated: New York, NY                                          /s/ Juan E. Monteverde
       July 2, 2008                                          _____
                                                                                     Juan E. Monteverde