UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary *Miller*, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>-against-<br><br>Morgan Stanley & Co. Incorporated,<br><br>                            Defendant. | 08 CV 3012 (AKH) |
| Sharon Shawn *Jamail*, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>-against-<br><br>Morgan Stanley and Morgan Stanley & Co. Incorporated,<br><br>                            Defendants. | 08 CV 3178 (AKH) |
| James R. *Bartholomew*, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>-against-<br><br>Morgan Stanley and Morgan Stanley & Co. Incorporated,<br><br>                            Defendants. | 08 CV 4910 (AKH) |

<u>CERTIFICATE OF SERVICE</u>

## CERTIFICATE OF SERVICE

I hereby certify that the following documents:

- Notice of Motion for Consolidation

- Memorandum of Law in Support of the Motion of Morgan Stanley and Morgan Stanley & Co. Inc. for Consolidation

- Declaration of Gregory A. Markel with Exhibits

- Corporate Disclosure Statement of Defendant Morgan Stanley

- Corporate Disclosure Statement of Defendant Morgan Stanley & Co. Inc.

were served on all Counsel of record through ECF except as stated below:

<u>Conventionally served by Fed Ex.:</u>

Steven D. Toskes, Esq.
Klayman & Tokes, P.A.
2424 North Federal Highway, Suite 450
Boca Raton, FL 33431

Laya Sleiman

CADWALADER WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

Dated: July 2, 2008