UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY MILLER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>　　　　Defendant. | Civil Action No. 08-cv-3012 (AKH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

PLEASE TAKE NOTICE that Plaintiff Gary Miller hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).


DATED: March 2, 2009　　　　　　　　**LEVI & KORSINSKY, LLP**

　　　　　　　　　　　　　　　　　　By:　/s/ Eduard Korsinsky
　　　　　　　　　　　　　　　　　　　　Eduard Korsinsky (EK 8989)
　　　　　　　　　　　　　　　　　　　　Joseph E. Levi (JL 0848)
　　　　　　　　　　　　　　　　　　　　Juan E. Monteverde (JM 8169)
　　　　　　　　　　　　　　　　　　　　39 Broadway, Suite 1601
　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　Telephone:　212-363-7500
　　　　　　　　　　　　　　　　　　　　Fax:　　　　212-363-7171

## **CERTIFICATE OF SERVICE**

I, Eduard Korsinsky, hereby certify that on March 2, 2009, I caused the following document to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

1. **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March, 2009 at New York, New York.

_____/s/ Eduard Korsinsky____